Jonathan Corbett, Esq. (CA Bar No. 325608)
**CORBETT RIGHTS, P.C.**
5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
Phone: (310) 684-3870
FAX:   (310) 675-7080
E-mail: jon@corbettrights.com
*Attorney for Claimants Jasmol Singh & Umit Bagga*

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>*Plaintiff,*<br><br>v.<br><br>$200,000 in U.S. Currency,<br>*Defendant* | Case No. 2:22-CV-7443-AB-PD<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Jonathan Corbett, Esq., hereby appears on behalf of Claimants Jasmol Singh and Umit Bagga.

Dated:    Los Angeles, CA
         November 15th, 2022

Respectfully submitted,

_____/s/Jonathan Corbett_____
Jonathan Corbett, Esq. *(CA Bar 325608)*
**CORBETT RIGHTS, P.C.**
5551 Hollywood Blvd., Suite 1248
Los Angeles, CA 90028
Phone: (310) 684-3870
FAX:   (310) 675-7080
E-mail: jon@corbettrights.com
*Attorney for Jasmol Singh & Umit Bagga*