E. MARTIN ESTRADA
United States Attorney
MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division
JONATHAN GALATZAN
Assistant United States Attorney
Chief, Asset Forfeiture & Recovery Section
DAN G. BOYLE (Cal. Bar No. 332518)
ALEXANDER SU (Cal. Bar No. 297869)
Assistant United States Attorneys
Environmental Crimes & Consumer Protection and
Asset Forfeiture & Recovery Sections
    1300/1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone:  (213) 894-2426/0719
    Facsimile:  (213) 894-3713/0142
    E-mail:     Daniel.Boyle2@usdoj.gov
           Alexander.Su@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>           v.<br><br>$200,000.00 IN U.S. CURRENCY,<br><br>        Defendants.<br><br>JASMOL SINGH,<br><br>        Claimant. | Case No. 2:22-CV-7443-AB-PD<br><br>JOINT WITNESS LIST<br><br><br><br><br><br>Trial:     Feb. 27, 2024<br>Time:      8:30 a.m.<br>Location:  Courtroom of the<br>          Hon. André Birotte, Jr. |

    Plaintiff United States of America, by and through its

attorneys, the United States Attorney for the Central District of

California and Assistant United States Attorneys Dan G. Boyle and

Alexander Su, and Claimant Jasmol Singh, by and through his counsel,

Jonathan Corbett of Corbett Rights P.C., hereby file their joint list

of witnesses for trial in the above-captioned case.

1   The parties reserve the right to modify this list before and

2   during trial, including by adding, removing, or changing the order of

3   witnesses.

4   By submitting this list, the parties does not commit to calling

5   or making available any of these witnesses at trial.

6

7   Dated: February 16, 2024          Respectfully submitted,

8                                     E. MARTIN ESTRADA
                                      United States Attorney
9
                                      MACK E. JENKINS
10                                    Assistant United States Attorney
                                      Chief, Criminal Division
11
                                      JONATHAN GALATZAN
12                                    Assistant United States Attorney
                                      Chief, Asset Forfeiture & Recovery
13                                    Section

14                                    _____/s/_____
                                      DAN G. BOYLE
15                                    ALEXANDER SU
                                      Assistant United States Attorneys
16
                                      Attorneys for Plaintiff
17                                    UNITED STATES OF AMERICA

18

19

20  Dated: February 16, 2024          Respectfully submitted,

21                                    CORBETT RIGHTS P.C.

22                                    _____/s/*_____
                                      JONATHAN CORBETT
23
                                      Attorney for Claimant
24                                    JASMOL SINGH

25

26  *Per Civil Local Rule 5-4.3.4.(a)(2)(i), the filer hereby attests
    that all other signatories listed, and on whose behalf the filing is
    submitted, concur in the filing's content and have authorized the
27  filing via email.

28

**JOINT WITNESS LIST**

UNITED STATES OF AMERICA v. $200,000.00 IN U.S. CURRENCY

| Witness Name | Dates of Testimony |
| --- | --- |
| **Claimant's Witnesses** | |
| JASMOL SINGH<br><br>Jasmol Singh is the Claimant in this case and he will establish that the elements of his affirmative defense were met; in particular, that the defendant currency was his and that he did not have knowledge or reason to know that it was drug proceeds.<br><br>Expected Duration of Direct: 1.0 hours<br>Expected Duration of Cross: .5 hours | |
| MARK CARROLL<br><br>Mark Carroll is a task force member and will testify as to his investigation into the relationship between Jasmol Singh, the defendant currency, and intermediaries between the same.<br><br>Expected Duration of Direct: .75 hours<br>Expected Duration of Cross: .25 hours | |
| TYLER POPE – via deposition / reader TBD<br><br>Tyler Pope is a former task force member and will testify as to his investigation, including but not limited to his knowledge that intermediaries also had operated a legitimate business.<br><br>Note: The parties have stipulated that this witness is unavailable and therefore his testimony will be taken from a deposition transcript. Claimant will call a reader (to be determined) to read the answers from the transcript.<br><br>Expected Duration of Direct: .25 hours<br>Expected Duration of Cross: .25 hours | |
| UMIT BAGGA<br><br>Umit Bagga was involved in Jasmol Singh's business and will testify that the business was legitimate and was unaffiliated with drug trafficking to the best of her knowledge.<br><br>Expected Duration of Direct: .25 hours<br>Expected Duration of Cross: .25 hours | |

| Witness Name | Dates of Testimony |
|---|---|
| **Government's Witnesses** | |
| HEJA ROSEBIANI<br><br>Ms. Rosebiani is a Drug Enforcement Administration ("DEA") Special Agent and is the case agent in this matter. Special Agent Rosebiani is expected to testify to the government's investigation, and offer into evidence certain recorded calls and text messages sent and received by claimant, as well as summaries of voluminous financial records.<br><br>Expected Duration of Direct: 1 hour<br>Expected Duration of Cross: .5 hours | |
| PETER PLATT<br><br>Mr. Platt is a retired Internal Revenue Service-Criminal Investigation ("IRS-CI") Special Agent and is currently employed as a Senior Financial Investigator contracted for the DEA. The government has designated Mr. Platt as an expert on money laundering as well as to provide his expert analysis of certain bank records.<br><br>Expected Duration of Direct: .5 hours<br>Expected Duration of Cross: .25 hours | |
| TARLEEN KHAUV*<br><br>Ms. Khauv is a paralegal contractor with the Asset Forfeiture & Recovery Section of the Criminal Division of the United States Attorney's Office. She is expected to offer into evidence certain discovery responses.<br><br>Expected Duration of Direct: .25 hours<br>Expected Duration of Cross: .25 hours | |
| JACQUELINE YORKE*<br><br>Ms. Yorke is a certified translator employed with TransPerfect. Ms. Yorke translated certain of Claimant's text messages, which the government intends to present at trial. Absent a stipulation, she is expected to authenticate these transactions.<br><br>Expected Duration of Direct: .25 hours<br>Expected Duration of Cross: .25 hours | |