DUPLICATE ORIGINAL

FILED
CLERK, U.S. DISTRICT COURT
2/29/2024
CENTRAL DISTRICT OF CALIFORNIA
BY: CB  DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>$200,000 IN U.S. CURRENCY,<br>Defendant. | Case No.: 2:22-CV-7443-AB-PD<br><br>**VERDICT FORM** |

1. Claimant Jasmol Singh has proven, by a preponderance of the evidence, that he is an owner of the defendant $200,000.00 in U.S. Currency (check one).

   YES ☐
   NO ☑

   *Proceed to Question 2.*

2. Claimant Jasmol Singh has proven, by a preponderance of the evidence, that he was a bona fide seller of something for value in exchange for his interest in defendant $200,000.00 in U.S. Currency (check one).

   YES ☐
   NO ☑

   *Proceed to Question 3.*

3. Claimant Jasmol Singh has proven, by a preponderance of the evidence, that he did not know, and was reasonably without cause to believe, that defendant $200,000.00 in U.S. Currency was involved in illegal narcotics activity (check one).

   YES ☐
   NO ☑

*After marking answers to all three questions, have the jury foreperson sign and date below.*

Signed: ■■■■■■■■■■■■■■■■■■■■   Dated: 2-29-24

*After this verdict form has been signed, notify the court attendant that you are ready to present your verdict in the courtroom.*