JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:22-CV-7443-AB-PD |
|---|---|
| Plaintiff, | <u>JUDGMENT OF FORFEITURE</u> |
| v. | |
| $200,000.00 IN U.S. CURRENCY, | |
| Defendant. | |
| JASMOL SINGH, | |
| Claimant. | |

# JUDGMENT

WHEREAS, the Court previously struck Claimant Umit Bagga's claim for lack of standing;

WHEREAS, the Court previously found that Defendant $200,000.00 in U.S. currency ("Defendant Currency") was subject to forfeiture;

WHEREAS, trial on the sole remaining affirmative defense of innocent owner, under 18 U.S.C. § 983(d)(3)(A), commenced before a jury on February 27, 2024, in the courtroom of the Honorable André Birotte, Jr., United States District Judge;

AND WHEREAS, following the presentation of evidence and argument by the parties, the jury unanimously found that:

(1)   Claimant Jasmol Singh ("Claimant") had not proven by a preponderance that he was an owner of the Defendant Currency;

(2)   Claimant had not proven by a preponderance that he was a bona fide seller of something for value in exchange for his interest in the Defendant Currency; and

(3)   Claimant had not proven by a preponderance that he did not know and was reasonably without cause to believe, that Defendant Currency was involved in illegal narcotics activity.

////
////
////
////
///
///
///
///
///
///

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

The entirety of Defendant Currency is forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6). No other right, title, or interest shall exist therein. The United States shall dispose of the Defendant Currency in accordance with law.

March 29, 2024
DATED

HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE